DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANNY MORGAN,**
Appellant,

v.

**VICKI BRISTOL,**
Appellee.

No. 4D17-2496

[March 22, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Robert L. Pegg, Judge; L.T. Case No. 312012DR001547.

Danny Morgan, Bristol, pro se.

Vicki Bristol, Vero Beach, pro se.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***